IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:00-cr-00047 MMP

DERRICK RAYNARD DAVIS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 40, Motion for Court to Review Government's Refusal to File Rule 35, filed by Defendant Derrick Davis. In his motion, Defendant states that he provided substantial assistance to the Government with the understanding that the Government would file a third motion under Rule 35(b) of the Federal Rules of Criminal Procedure. Defendant contends the Government has refused to file a third Rule 35 motion because it claims that Defendant already received the benefit of a mistakenly filed second Rule 35 motion. Defendant requests that the Court order the Government to file a third Rule 35(b) motion.

A motion under Rule 35(b) allows the Court to reduce a sentence if a defendant, after sentencing, "provided substantial assistance in investigating or prosecuting another person." FED.R.CRIM.P. 35(b)(1)(A). Furthermore, this motion must be filed by the Government, and the Court has no discretion to reduce a sentence absent the Government filing a motion under Rule 35(b). The Court cannot order the Government to file a Rule 35(b) motion absent certain circumstances. This decision rests within the discretion of the Government, and Defendant has not alleged or demonstrated that this discretion was exercised in an unconstitutional manner. Accordingly, Defendant's motion is denied.

**DONE AND ORDERED** this   *20th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
