IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:00-cr-00047 MMP

DERRICK RAYNARD DAVIS,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 42, Motion for Reconsideration, filed by Defendant Davis. In his motion, Defendant asks the Court to reconsider its order denying Defendant's motion for review of the Government's refusal to file a Rule 35 motion. The Court has reviewed Defendant's motion, and finds no reason to alter its prior order. Accordingly, Defendant's motion for reconsideration is denied.

     **DONE AND ORDERED** this   *23rd* day of October, 2007

                          *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge